REL:09/12/2014

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0649), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## SPECIAL TERM, 2014

————————————

### 1130985

————————————

**Ex parte Billy E. Pipkin and Sandra T. Pipkin**

PETITION FOR WRIT OF CERTIORARI
TO THE COURT OF CIVIL APPEALS

**(In re: Fairfield Place Homeowners Association, Inc.**

**v.**

**Billy E. Pipkin and Sandra T. Pipkin)**

(Baldwin Circuit Court, CV-11-901334;
Court of Civil Appeals, 2120267)

MOORE, Chief Justice.

The petition for the writ of certiorari is denied.

1130985

In denying the petition for the writ of certiorari, this Court does not wish to be understood as approving all the language, reasons, or statements of law in the Court of Civil Appeals' opinion.  Horsley v. Horsley, 291 Ala. 782, 280 So. 2d 155 (1973).

WRIT DENIED.

Stuart, Parker, and Wise, JJ., concur.

Shaw, J., concurs in the result.